...

# U.S. District Court Eastern District of Kentucky

## *Civil Case Assignment*

Case number **3:15-CV-13**

Assigned : Judge Gregory Van Tatenhove
Judge Code : 4316

　　　　　　　　　　　Assigned on 02/05/2015

[ Request New Judge ] .....