UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

*Eastern District of Kentucky*
**FILED**
MAY 10 2016
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| ARK ENCOUNTER, LLC, CROSSWATER CANYON, INC., and ANSWERS IN GENESIS, INC., <br><br> Plaintiffs, <br><br> V. <br><br> DON PARKINSON, in his official capacity as Secretary of the Kentucky Tourism, Arts and Heritage Cabinet, MATT BEVIN, in his official capacity as Governor of the Commonwealth of Kentucky, <br><br> Defendants. | Civ. No: 3:15-cv-13-GFVT |

## AGREED ORDER AND JUDGMENT

Upon agreement of the Plaintiffs, Ark Encounter, LLC, Crosswater Canyon, Inc. and Answers in Genesis, Inc., and Defendants, Don Parkinson, in his official capacity as Secretary of the Kentucky Tourism, Arts and Heritage Cabinet, and Matt Bevin, in his official capacity as Governor of the Commonwealth of Kentucky, and the Court being otherwise sufficiently advised, it is hereby **CONSIDERED, ORDERED** and **ADJUDGED** as follows:

1. That this Court hereby declares the exclusion of Plaintiffs from participating in the Kentucky Tourism Act Development Act (KTDA) KRS 148.850 *et.seq.*, tourism incentive program violated Plaintiffs' rights under the First Amendment to the United States Constitution.

2. That based upon the reasons and facts set forth in the Court's Opinion and Order of January 25, 2016 [Doc. #60], which is fully incorporated herein by reference, and as it relates to the planned "Ark Encounter" theme park in Grant County, Kentucky, the Commonwealth of Kentucky and the Kentucky Tourism, Arts and Heritage Cabinet, be, and the same hereby are, permanently enjoined from applying the KTDA in a way that excludes Plaintiffs from participating in the KTDA incentive program based upon religious purpose and message or based upon its desire to utilize any exception under Title VII of the Civil Rights Act of 1964 for which it qualifies concerning its hiring of personnel.

3. That Defendants shall pay Plaintiffs their costs and expenses incurred in this action, including reasonable attorney fees and non-taxable expenses under 42 U.S.C. § 1988, in the amount of $190,000.00 within 20 days of the date this Order and Judgment is entered.

4. That this Court retains jurisdiction of this case solely to enforce the terms of this Agreed Order and Judgment.

Gregory F. Van Tatenhove, Judge
United States District Court

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE ABOVE ORDER
AND JUDGMENT:

/s/Robert B. Craig
Robert B. Craig
Taft Stettinius & Hollister LLP
1717 Dixie Highway, Suite 910
Covington, KY 41011

/s/Nathan W. Kellum
Nathan W. Kellum
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117

/s/J. Michael Johnson
J. Michael Johnson
Freedom Guard, Inc.
2250 Hospital Drive, Suite 248
Bossier City, LA 71111

Counsel for Plaintiffs

/s/Douglas L. McSwain
Douglas L. McSwain
Virginia Hamilton Snell
Deborah H. Patterson
Wyatt, Tarrant & Combs, LP
250 West Main Street,
Suite 1600
Lexington, KY 40507

Counsel for Defendants